CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 28 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LAWRENCE PATTERSON, JR., | ) |
| Petitioner, | ) Case No. 7:09CV00398 |
| v. | ) |
| | ) **FINAL ORDER** |
| SHERIFF LANE PERRY, | ) By: Glen E. Conrad |
| COMMONWEALTH OF VIRGINIA, | ) United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice, pursuant to Rule 4 of the Rules Governing § 2254 Cases, based on petitioner's failure to exhaust state court remedies, and this action is stricken from the active docket of the court.

ENTER: This 28th day of September, 2009.

/s/ Glen E. Conrad
United States District Judge